IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRYAN L. TRAVIS,<br><br>    Plaintiff,<br><br>  vs.<br><br>PARK CITY MUNICIPAL CORPORATION and PARK CITY POLICE DEPARTMENT,<br><br>    Defendants. | **MEMORANDUM DECISION and ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE and ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DISCOVERY**<br><br>Case No: 2:05-CV-269 DB<br><br>District Judge Dee Benson<br>Magistrate Judge David Nuffer |

Defendants' Motion to Extend the Dispositive Motion Deadline[1] and Plaintiff Bryan Travis's Motion to Extend Discovery[2] are currently before the court.  In their motion, Defendants request additional time because Travis has failed to appear for two noticed depositions.[3] Additionally, at the time this motion was filed, Defendants had a pending motion to compel based on Travis's refusal to respond to discovery requests.[4]  The court has granted the motion to compel, and ordered Travis to respond to the discovery requests by August 31, 2007.[5]  Travis requests an extension to depose John Weidenhamer during the month of September at the Frank

---

[1] Defendants' Motion to Extend Dispositive Motion Deadline (Defendants' Motion), docket no. 113, filed 8/8/2007.

[2] Motion to Extend Discovery for Deposition of John Weidenhamer (Plaintiff's Motion), docket no. 120, filed 8/20/07.

[3] Defendants' Motion at 2.

[4] *Id.*

[5] Order, docket no. 118, filed 8/15/07.

E. Moss U.S. District Courthouse in Salt Lake City.[6]

## ORDER

IT IS HEREBY ORDERED that Plaintiff Travis's Motion to Extend Discovery[7]
Defendants' is GRANTED and the requested deposition of John Weidenhamer **must be
completed on or before September 28, 2007.**  Plaintiff may conduct this deposition in the
conference room at the U.S. District Courthouse at a mutually convenient time scheduled
between the parties and Ms. Roybal, the ADR Coordinator at the courthouse (801 524 6128).

IT IS FURTHER ORDERED that the Motion to Extend Dispositive Motion Deadline[8] is
GRANTED.  Plaintiff Travis's deposition shall be completed on or before September 28, 2007.
Within 5 days of this order, Travis shall provide defendants' counsel five (5) firm dates in
September that he is available for deposition.  Accordingly, because all discovery and
depositions will be completed by September 28, 2007, the dispositive motion deadline is
extended until October 29, 2007.

August 29, 2007.

BY THE COURT:

David Nuffer
U.S. Magistrate Judge

---

[6]Plaintiff's Motion at 1.

[7]Docket no. 120.

[8]Docket no. 113.